UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LAPAN, et al.,<br><br>       Plaintiffs,<br><br>  vs.<br><br>PVH CORP.,<br><br>       Defendant. | Case No.: 4:13-cv-05006-YGR<br><br>**ORDER DENYING MOTION TO TRANSFER VENUE** |

Plaintiffs have filed a Motion to Transfer Venue pursuant to 28 U.S.C. section 1404(b) ("Motion to Transfer"). (Dkt. No. 8.) Specifically, Plaintiffs seek intradistrict transfer of this matter to the Honorable Lucy H. Koh in San Jose, who is presiding over *Chavez v. PVH Corp.*, Case No. 13-cv-01797.

On November 14, 2013, Plaintiffs in this action filed an Administrative Motion to Consider Whether Cases Should Be Related in *Chavez* ("Motion to Relate"). (*See* Dkt. No. 39 in *Chavez*.) Judge Koh has yet to rule on that motion.

In light of the pending Motion to Relate, the Court **DENIES WITHOUT PREJUDICE** the pending Motion to Transfer.

The hearing scheduled for January 7, 2014 is hereby **VACATED**.

This Order terminates Dkt. No. 8.

**IT IS SO ORDERED**.

Dated: December 19, 2013

                                                _____
                                                **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**