**WYNNE LAW FIRM**
Edward J. Wynne      (165819)
ewynne@wynnelawfirm.com
J.E.B. Pickett            (154294)
jebpickett@wynnelawfirm.com
100 Drakes Landing Road Ste. 275
Greenbrae, CA 94904
Telephone: (415) 461-6400
Facsimile: (415) 461-3900

Attorneys for Plaintiffs
JEFFREY LAPAN and ASHWIN CHANDRA

**HOGAN LOVELLS US LLP**
Dean Hansell            (93831)
dean.hansell@hoganlovells.com
Rachel A. Patta        (273968)
rachel.patta@hoganlovells.com
Asheley G. Dean       (245504)
asheley.dean@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:  (310) 785-4600
Facsimile: (310) 785-4601

Attorneys for Defendant
PVH Corp.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LAPAN, ASHWIN CHANDRA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PVH CORP., TOMMY HILFIGER RETAIL, LLC, PVH RETAIL STORES, LLC<br><br>Defendants. | **Case No. 5:13-cv-05006-LHK**<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  August 13, 2014<br>Time:  2:00 p.m.<br>Court:  8<br>Hon. Lucy H. Koh |

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

1
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
5:13-cv-05006-LHK

\LA - 039936/000011 - 1097536 v1

Pursuant to Fed.R.Civ.P. 26(f) and Civil Local Rule 16-9, the parties hereby submit the following updated Joint Case Management Conference following the meeting of counsel:

**1.     Jurisdiction and Service:** Two additional defendants have recently been added to this case, Tommy Hilfiger Retail, LLC and PVH Retail Stores, LLC. These entities have not yet been served with the Second Amended Complaint.

**2.     Motions:** Per Defendant's request, Defendant's deadline to move for summary judgment has been continued to May 28, 2015. (Doc. 44.)

Plaintiffs' Statement: Plaintiffs are currently meeting and conferring with Defendant PVH Corp. ("PVH") regarding certain of its discovery responses consistent with Magistrate Judge Lloyd's Standing Order re Discovery Disputes.

Defendant's Statement: Defendant anticipates filing one motion for summary judgment prior to the May 28, 2015 deadline. Defendant reserves its right to file any motions relating to class certification and/or collective action, including, but not limited to, a motion to decertify or a motion that the action is not appropriate for certification. Defendant is also considering filing a motion for judgment on the pleadings.

**3.     Discovery:** The parties have stipulated to the form Protective Order for the Northern District and it has been entered as the protective order for this case as modified by the Court. (Doc. 37.)

Plaintiffs' Statement: As indicated above, Plaintiffs have served written discovery on PVH and are in the process of meeting and conferring regarding on those responses.

In mid-May 2014, Plaintiffs caused to be issued subpoenas on certain third parties and related entities of PVH. Plaintiffs have been working with those entities to obtain the subpoenaed documents however the process has been taking longer than anticipated. Plaintiffs may need court intervention to compel compliance.

Plaintiffs are also preparing to take the deposition of Defendants and anticipate completing that deposition in September, 2014.

Defendant's Statement:     Defendant has served written discovery on Plaintiffs and

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

2
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
5:13-cv-05006-LHK

\LA - 039936/000011 - 1097536 v1

anticipates serving additional discovery in the near future. Defendant also anticipates taking the depositions of the named Plaintiffs in the next few months.

### 4. Class Actions:

Plaintiffs' Statement: Plaintiffs anticipate filing their motion for collective action under the FLSA by the end of the year assuming no unreasonable delays in obtaining discovery and for class action under Rule 23 by March 2015, again, assuming no unreasonable delays.

Defendant's Statement: Defendant does not oppose Plaintiffs' proposed dates for class and collective certification.

### 5. Settlement and ADR:

Plaintiffs' Statement: Plaintiffs are amenable to private mediation.

Defendant's Statement: Defendant is amenable to private mediation.

Dated: August 1, 2014	WYNNE LAW FIRM

    */s/Edward J. Wynne*
Edward J. Wynne
Attorneys for Plaintiffs
JEFFREY LAPAN and ASHWIN CHANDRA

Dated: August 1, 2014	HOGAN LOVELLS US, LLP

    */s/Dean Hansell*
Dean Hansell
Attorneys for Defendant
PVH CORP.

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

\LA - 039936/000011 - 1097536 v1