1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY LAPAN, ASHWIN CHANDRA, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiff,<br>   v.<br><br>PVH CORPORATION,<br><br>                    Defendant, | Case No.: 13-CV-05006 LHK<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE AND REFERRING PARTIES TO ADR |

The Case Management Conference set for August 13, 2014 is vacated and continued to October 1, 2014. The parties are referred to private mediation with a deadline of 90 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: August 8, 2014

_____
LUCY H. KOH
United States District Judge