**WYNNE LAW FIRM**
Edward J. Wynne     (165819)
ewynne@wynnelawfirm.com
J.E.B. Pickett         (154294)
jebpickett@wynnelawfirm.com
100 Drakes Landing Road Ste. 275
Greenbrae, CA 94904
Telephone: (415) 461-6400
Facsimile: (415) 461-3900

Attorneys for Plaintiffs
JEFFREY LAPAN and ASHWIN CHANDRA

**HOGAN LOVELLS US LLP**
Dean Hansell          (93831)
dean.hansell@hoganlovells.com
Rachel A. Patta       (273968)
rachel.patta@hoganlovells.com
Asheley G. Dean       (245504)
asheley.dean@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:  (310) 785-4600
Facsimile: (310) 785-4601

Attorneys for Defendant
PVH Corp.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LAPAN, ASHWIN CHANDRA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PVH CORP., TOMMY HILFIGER RETAIL, LLC, PVH RETAIL STORES, LLC<br><br>Defendants. | **Case No. 5:13-cv-05006-LHK**<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: October 1, 2014<br>Time: 2:00 p.m.<br>Court: 8<br>Hon. Lucy H. Koh |

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

1
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
5:13-cv-05006-LHK

\\LA - 039936/000011 - 1098817 v2

Pursuant to Fed.R.Civ.P. 26(f) and Civil Local Rule 16-9, the parties hereby submit the following updated Joint Case Management Conference following the meeting of counsel:

**1.     Jurisdiction and Service:** Two additional defendants have recently been added to this case, Tommy Hilfiger Retail, LLC and PVH Retail Stores, LLC.  These entities have been served and answered the Second Amended Complaint.

**2.     Discovery:**

Plaintiffs' Statement:

a.     Plaintiffs have noticed Defendant's deposition for October 6, 2014.  Plaintiffs have not heard from Defendant on whether that date works for it.

b.     With respect to Plaintiffs' written discovery propounded on Defendant related to the Labor Code § 203 claims, the parties met and conferred and agreed to a bifurcated production of responsive documents:

i.     On August 27, 2014, Defendant stated that it would produce some of the responsive data by the week of September 8, 2014.  Defendant produced the data on September 18, 2014.  Plaintiffs are following up with Defendant on this issue.

ii.     Also on August 27, 2014, Defendant stated that it would produce the balance of the responsive data by the end of September/beginning of October.  This data has not yet been produced.

c.     Plaintiffs requested the names and contact information of all putative class members.  Defendant offered a privacy notice once a protective order was in place.  Plaintiffs accepted and the protective order is in place.  Plaintiffs have followed up again on this issue, but have not heard back from Defendant on this issue.

d.     As stated in the parties' previous Statement, in mid-May 2014, Plaintiffs caused to be issued subpoenas on certain third parties and related entities of PVH. Plaintiffs have been working with those entities to obtain the subpoenaed documents however the process has been taking longer than anticipated.  Plaintiffs may need court intervention to compel compliance.

Defendant's Statement:

In connection with Plaintiffs' written discovery related to the Labor Code § 203 claim,

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA  94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

\\LA - 039936/000011 - 1098817 v2

1  after meeting and conferring, Defendant agreed to provide information regarding "last day
2  worked" and "date of final pay" for the Labor Code § 203 class.  Defendant provided this
3  information to Plaintiffs on September 18, 2014.  The parties agreed that Defendant would
4  provide "date of termination" and "date of final pay" for a preliminary sampling of 500 former
5  PVH associates, even though this information was not requested by Plaintiffs.  Since this
6  process is done by hand, it is time consuming and PVH is in the process of collecting the
7  information.  PVH anticipates that this information will be provided to Plaintiffs by late
8  September/early October.

9  Plaintiffs have provided documents to Defendant in response to Defendant's Requests
10 for Production.  Defendant is meeting and conferring with Plaintiffs regarding the adequacy of
11 Plaintiffs' responses.

12 On September 18, 2014, Defendant informed Plaintiff that Defendant is conferring
13 regarding whether it will provide the names and contact information of all putative class
14 members to Plaintiffs with or without a privacy notice. If Defendant decides to forego the
15 privacy notice, Defendant will provide the names and contact information of all putative class
16 members to Plaintiffs. If Defendant decides to proceed with a privacy notice, Defendant will
17 provide Plaintiffs with recommendations regarding how to proceed and suggested class
18 administrators.

19 **3.  Settlement and ADR:**  The parties were ordered to complete mediation
20 by November 6, 2014.  (Dkt. 61.)

23 Dated:  September 19, 2014              WYNNE LAW FIRM

24                                         */s/ Edward J. Wynne*
25                                         Edward J. Wynne
                                           Attorneys for Plaintiffs
26                                         JEFFREY LAPAN and ASHWIN CHANDRA

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA  94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

\\LA - 039936/000011 - 1098817 v2

| | |
|---|---|
| Dated:  September 19, 2014 | HOGAN LOVELLS US, LLP |
| | |
| | */s/ Dean Hansell* |
| | Dean Hansell |
| | Attorneys for Defendant |
| | PVH CORP. |

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA  94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM