**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY LAPAN, ASHWIN CHANDRA, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> PVH CORPORATION, <br><br> Defendant, | Case No.: 13-CV-05006 LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Case Management Conference set for October 1, 2014 is continued to January 7, 2015 at 2 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by December 31, 2014.

**IT IS SO ORDERED.**

Dated: September 26, 2014

_____
LUCY H. KOH
United States District Judge

1