UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY LAPAN, ASHWIN CHANDRA, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br>v.<br>PVH CORPORATION,<br>              Defendant. | Case No.: 13-CV-05006 LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff Attorney: Edward Wynne
Defendant Attorney: Dean Hansell

     A case management conference was held on January 7, 2015. A further case management conference is set for April 1, 2015, at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by March 25, 2015.

**IT IS SO ORDERED.**

Dated: January 7, 2015

_____
LUCY H. KOH
United States District Judge