UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY LAPAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PVH CORP, et al.,<br><br>    Defendants. | Case No. 13-CV-05006-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 87 |

Before the Court is a joint request by the parties to continue the Case Management Conference, currently scheduled for July 8, 2015, at 2:00 p.m., to the hearing on Plaintiffs' Motion for Preliminary Approval, currently set for August 6, 2015, at 1:30 p.m., "unless the Court has any questions or comments regarding the Motion for Preliminary Approval so that the parties can address any such concern in advance of the August 6, 2015 hearing date." ECF No. 87.

The Court will raise any questions or comments regarding the Motion for Preliminary Approval during the hearing set for that motion, which is August 6, 2015, at 1:30 p.m. The parties' joint request to continue the case management conference to that time is otherwise GRANTED.

**IT IS SO ORDERED.**

1

Case No. 13-CV-05006-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Dated: July 6, 2015

_____
LUCY H. KOH
United States District Judge