**WYNNE LAW FIRM**
Edward J. Wynne    (SBN 165819)
ewynne@wynnelawfirm.com
100 Drakes Landing Road Ste. 275
Greenbrae, CA 94904
Telephone: (415) 461-6400
Facsimile:  (415) 461-3900

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LAPAN, ASHWIN CHANDRA, CLAUDIA BLEUS, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>PVH CORP., TOMMY HILFIGER RETAIL, LLC, PVH RETAIL STORES, LLC, PVH WHOLESALE NEW JERSEY INC., PVH NECKWEAR INC., PVH WHOLESALE CORP., PVH PUERTO RICO, INC., CALVIN KLEIN, INC., TOMMY HILFIGER USA, INC., PVH GUAM, INC., WARNACO, INC., WARNACO U.S., INC., WARNACO GROUP, INC., AND WARNACO SWIMWEAR PRODUCTS, INC.<br><br>                    Defendants. | Case No.  13-cv-05006-LHK<br><br>**DECLARATION OF JEFFREY LAPAN IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><br><br>Date:  January 21, 2016<br>Time: 1:30 p.m.<br>Judge: Lucy H. Koh<br>Ctrm. 8 |

I, JEFFREY LAPAN, declare:

1. I am an individual residing in San Jose, California and am one of the named class representative in the above-captioned action. I have personal knowledge of the matters set forth herein, and would and could testify thereto if called as a witness herein.

2. I worked for PVH Corp., at a Van Huesen store, during the class period in California. I was paid on an hourly basis and received my pay on a debit card.

3. I have made a claim against PVH Corp., et. al, seeking recovery of fees and penalties incurred though the use of the Money Network Payroll Distribution Service on behalf of a class of other PVH Corp. employees who also were subject to the same fees and penalties.

4. Because I worked for PVH Corp. during the class period, incurred fees and penalties though the use of the Money Network Payroll Distribution Service, in my opinion, the claims I brought are typical of all other employees similarly situated.

5. I understand that this case was filed in the Northern District of California as a class action both for California employees and employees of PVH Corp.nationwide. I understand that the claims were amended from claims for unpaid overtime wages to claims for fees and penalties incurred through the use of the Money Network Payroll Distribution Service. I understand that my attorneys took the deposition of one of PVH Corp.'s corporate representatives. I understand that the parties agreed to discuss settlement and in the process payroll information was produced by PVH Corp. and analyzed by my attorneys. I understand that this process took a considerable amount of time with multiple rounds of data production and analysis. I understand that the parties engaged in a full day mediation session before finally reaching a settlement. I understand that another case was filed in the Northern District of California, which also dealt with some of the same issues and some of the same time period. I understand that the Court granted preliminary approval to the settlement and ordered notice to go to the class.

6. I believe that I am an adequate class representative because I do not have any interests that are antagonistic to the class, I believe that I have put the interests of the class before my interests in potential recovery, I retained legal counsel that is experienced in this field

1

1  of law and I have actively participated in the class action to ensure that it reached a suitable
2  conclusion. I am not a Plaintiff or party in any other similar class action.
3   7. I understand that this action has been settled prior to the certification of the class.
4  I also understand that the case was settled prior to any determination on liability.
5   8. I assisted in the prosecution of this action by providing the following benefits to
6  the class:

- I contacted Wynne Law Firm to seek legal advice about my experience at PVH Corp. My effort resulted in filing the initial complaint against PVH Corp.
- I provided relevant documentation to Wynne Law Firm which allowed them to analyze my claims. Because of my diligence in keeping some of my records, my attorneys were able to identify and analyze my claim.
- I had multiple and lengthy meetings and discussions with my attorneys to discuss the facts of my case, identify witnesses, and provide information on my understanding of PVH Corp.'s policies and procedures.
- I called multiple witnesses to talk to them about the case and to encourage them to speak with my attorneys.
- I understood and agreed to the requirements of being a class representative which includes: (1) being a fiduciary to the other class members which means that I protect their interests just as I would my own, (2) participating actively in the litigation including the possibility of testifying at deposition and trial, (3) acknowledging that any settlement is subject to court approval, and, (4) making an effort to understand the progress and legal issues involved in the case.
- Making myself available at all times to my attorney for any questions he had via telephone and email. I always responded to his inquiries and even he left a message, I always returned his calls or emails in a timely fashion.

9. I am giving up significant rights as a part of this settlement that other class members are not giving up. I have agreed to a general release of claims. In addition, I have also agreed to limits to my First Amendment Right of freedom of speech related to PVH Corp. I

1  understand that the other class members are not giving a general release nor are they agreeing to
2  the limitations on speech that I have agreed to.

3      10.    I understand that the Court has discretion in awarding an enhancement, if any, to
4  class representatives and that my counsel has requested that such an award in the amount of two
5  thousand five hundred dollars ($2,500.00).  While I believe that my counsel and the Court have
6  more experience in valuating any such award, I believe that I did provide a substantial service to
7  all other class members in obtaining the settlement for the class that without my efforts and
8  contributions may not have been possible.  I believe my efforts and sacrifices demonstrate that I
9  fulfilled the duties of the class representative and warrant the enhancement requested.

10      11.    I have read and considered the Settlement Agreement and have discussed the
11  terms and conditions of the Settlement Agreement with my attorney.  I understand that the
12  Settlement Agreement resolves all of the claims against PVH Corp. that were alleged in the
13  Complaint.  As set forth above, I also understand that I am giving a full release of all claims and
14  that other class members are not giving up all the rights I am giving up.

15      12.    Based on the foregoing as well as the number of hours I worked on behalf of the
16  class and my familiarity with issues in dispute and appreciating the risks of litigation, I believe
17  that the settlement is fair, reasonable and adequate.  I believe the settlement provides real and
18  significant compensation to each member of the class reasonably commensurate with the value
19  of their individual claim.  I personally believe this is an excellent result given the amounts
20  received by each class member and the novelty and difficulty of the litigation.

21      13.    I believe the settlement is fair, reasonable and adequate because it provides for
22  monetary compensation in one payment. I also believe this is a good settlement because all of
23  the money goes to the class instead of having unclaimed funds go back to PVH Corp.

24      14.    I support my attorneys' fee request because this case was always litigated on a
25  contingent fee basis.  My attorneys took a considerable risk in bringing this litigation because
26  the result was never guaranteed.  I know that Defendant has considerable resources and has
27  fought this case aggressively.  I know that my attorneys had to invest their own funds in
28  prosecuting this case because my attorneys advanced all the costs.

15. I support my attorneys' fee request and approval of this settlement because they have conferred a substantial benefit on the class. Not only is there a monetary recovery for each class member, but my attorneys have also educated my fellow co-workers about their legal rights. Prior to this litigation, I did not know if the fees and penalties I incurred were legally valid. Now, I have a better understanding and I believe my fellow co-workers do too.

16. I support approval of this settlement because, as indicated above, neither I nor the other class members have the resources needed to prosecute this action individually. Further, we will be able to realize the benefits of this settlement in the very near future. On the other hand, if the case went forward with trial, it may take additional years to get to a judgment and through appeals, even assuming we prevailed at trial. Moreover, while I am ultimately confident in the merits of our case, I understand that there are no guaranteed results in litigation. The benefits of this settlement outweigh the risks of going forward.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14 day of December, 2015, at San Jose, California.

_____
JEFFREY LAPAN