UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY LAPAN, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>PVH CORP, et al.,<br><br>   Defendants. | Case No. 13-CV-05006-LHK<br><br>**ORDER REGARDING CLASS COUNSEL'S BILLING RECORDS AND BILLING RATE AND ORDER REQUESTING UPDATE ON NUMBER OF CLAIM FORMS** |

  In Plaintiffs' motion for final approval of class action settlement, Class Counsel reported a lodestar figure of $293,752.50. ECF No. 98 at 24. Class Counsel, however, did not submit documentation to support the total number of hours billed or the hourly rate of the two attorneys and one paralegal who worked on the instant action. Class Counsel stated that "[s]hould the Court require review of Class Counsel's detailed and contemporaneous billing records, Class Counsel [would] provide such records for the Court's review *in camera*." *Id.*

  The Court hereby ORDERS Class Counsel to file detailed and contemporaneous billing records documenting the total hours billed in this action. Class Counsel shall also file documentation supporting Class Counsel's hourly billing rates. In particular, Class Counsel shall

1

specify whether any federal or state court has awarded billing rates of $750.00 and $650.00 per hour to Edward Wynne or J.E.B. Pickett, respectively.  Class Counsel shall file these documents by noon on January 13, 2016.  These documents shall be publicly viewable and are not to be filed *in camera* or under seal.

In addition, in the motion for final approval, the parties state that they "agreed to extend the deadline for class members to submit claims up through January 6, 2016." *Id.* at 1. Accordingly, the Court hereby ORDERS Class Counsel to file by noon on January 13, 2016 a statement updating the Court on the total number of claims forms that have now been submitted.

**IT IS SO ORDERED.**

Dated: January 10, 2016

LUCY H. KOH
United States District Judge